UNITED STATES of America,
Plaintiff–Appellee

v.

Isai REYES–RODRIGUEZ, also known as Roberto Hernandez–Martinez, also known as Roberto Gonzalez–Rivera, Defendant–Appellant.

No. 12–50699
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 16, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Isai Reyes–Rodriguez, Pecos, TX, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Isai Reyes–Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Reyes–Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents

no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Bruce GREEN, Plaintiff–Appellant,

v.

TRIMAC TRANSPORTATION, INCORPORATED, Defendant–Appellee.

No. 12–41150
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 17, 2013.

Bruce Green, Beaumont, TX, pro se.

Kip Kevin Lamb, Lamb Law Firm, Mark William Frasher, Beaumont, TX, for Defendant–Appellee.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

PER CURIAM: *

For essentially the reasons articulated in the district court judgment, we AFFIRM. *See* 5th Cir. R. 47.6.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.